IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

GALVESTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| VS. | §   CRIMINAL NO. G-14-12 (2) |
| | § |
| NELSON AGAPITO VENTURA | § |

### ORDER OF DETENTION PENDING TRIAL

On July 18, 2014, immediately following the conclusion of the Detention Hearing in this case, the Court was informed that despite the fact that Defendant, **Nelson Agapito Ventura,** is a Legal Permanent Resident in the United States, a detainer had been lodged against him by the Immigration and Customs Enforcement Agency which currently provides for no bond. The Court, therefore, makes the following findings of fact and conclusions of law.

Since **Ventura** presently has no legitimate claim to a liberty interest that would justify an immediate or meaningful detention determination under 18 U.S.C. § 3142(f), it is the **ORDER** of this Court that good cause exists to defer any decision on **Ventura**'s detention until such time as **Ventura** can maintain a legitimate liberty interest before this Court. See United States v. King, 818 F.2d 112, 114 (1st Cir. 1987), see also United States v. Coonan, 826 F.2d 1180, 1183 (2d Cir. 1987)   Accordingly, the Court finds that there is no need to make a detention determination at this time.

It is, therefore, **ORDERED** that the Defendant, **Nelson Agapito Ventura**, be, and is hereby, **COMMITTED** to the custody of the Attorney General or his designated representative for confinement in a corrections facility.

It is further **ORDERED** that the Defendant, **Nelson Agapito Ventura**, **SHALL** be afforded a reasonable opportunity for private consultation with defense counsel.

It is further **ORDERED** that upon Order of a Court of the United States or upon request of an attorney for the Government, the person in charge of the corrections facility **SHALL** deliver **Nelson Agapito Ventura** to the United States Marshal for the purpose of an appearance in connection with a Court proceeding.

**DONE** at Houston, Texas, this _____22nd_____ day of July, 2014.

_____
John R. Froeschner
United States Magistrate Judge